**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**THOMAS HARRIS and GEORGE TRIBBLE,**

        **Plaintiffs,**

-vs-                                            **Case No. 6:07-cv-84-Orl-31JGG**

**FLORIDA MULCH, INC., and WILLARD PALMER,**

        **Defendants.**

## ORDER

This matter comes before the Court on the motion for reconsideration (Doc. 19) filed by the Plaintiffs. The Plaintiffs assert that the Court erred in striking the notice of consent to join (Doc. 14) filed by an individual wishing to opt in to this FLSA suit. However, until the Court has certified a class in this case, would-be plaintiffs may not utilize the opt-in procedure set forth in 29 U.S.C. 216(b). *See Hipp v. Liberty Nat. Life Ins. Co.*, 253 F.3d 1208, 1217-18 (11th Cir. 2001) (describing two-tiered procedure for certifying class under 29 U.S.C. § 216(b) and stating that if district court "conditionally certifies" the class, putative class members are given opportunity to

opt in).  In consideration of the foregoing, it is hereby **ORDERED AND ADJUDGED** that the motion for reconsideration is **DENIED**.

    **DONE** and **ORDERED** in Chambers, Orlando, Florida on April 5, 2007.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party